UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LEROY FIELDS (#115883)

VERSUS

N. BURL CAIN, WARDEN, ET AL

CIVIL ACTION

NO. 11-244-BAJ-DLD

## RULING

The Court, having carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 12, 2012 (doc. 50), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that defendants' motion for summary judgment (doc. 27), is denied, and this matter is referred back to the United States Magistrate Judge for an evidentiary hearing on the issue of administrative exhaustion.

Baton Rouge, Louisiana, May 30, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA